**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | 1:23-MJ-723-SH |
| KENDALL LOCUE | § § § | |

## O R D E R

On October 31, 2023, the Court held a Preliminary Hearing pursuant to Fed. R. Crim. P. 5.1 and 18 U.S.C. § 3060. Counsel were admonished as required by the Due Process Protection Act.

Having considered all the evidence, the Court finds that the evidence, sufficient in nature, has established that there is probable cause to believe that the offense charged in the Criminal Complaint, Escape in violation of 18 U.S.C. § 751(a), has been committed, and that the defendant committed it. Accordingly, the defendant is required to appear for further proceedings.

**SIGNED** on October 31, 2023.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE